```
MORGAN, LEWIS & BOCKIUS LLP
GEORGE A. STOHNER, SBN 214508
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:  213.612.2500
Fax:  213.612.2501
gstohner@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
REBECCA EISEN, SBN 096129
ANN MARIE REDING, SBN 226864
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
reisen@morganlewis.com
areding@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
JENNIFER WHITE-SPERLING, SBN 166504
5 Park Plaza, Suite 1750
Irvine, CA  92614
Tel:  949.399.7000
Fax:  949.399.7001
jwhite-sperling@morganlewis.com

Attorneys for Defendants
BEST BUY STORES, L.P. and
BEST BUY CO., INC.
```

FILED

2009 SEP 21  PM 3:15

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE McCOMAS and MARC LACSON, individuals, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>         vs.<br><br>BEST BUY CO., INC., BEST BUY STORES, L.P. and DOES 2 through 50, inclusive,<br><br>                    Defendants. | Case No. CV09 06869 DSF (JEMx)<br><br>**BEST BUY STORES, L.P.'S RULE 7.1-1 NOTICE OF INTERESTED PARTIES** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/21333467.1                                                                                NOTICE OF INTERESTED PARTIES

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 7.1-1, the undersigned counsel of record for Defendant Best Buy Stores, L.P. ("Defendant"), hereby certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. BBC Property Co. is the general partner of and owns a 1% interest in Best Buy Stores, L.P.

2. BBC Investment Co. is the limited partner of and owns a 99% interest in Best Buy Stores, L.P.

3. BBC Property Co. and BBC Investment Co. are owned by Best Buy Co., Inc.

4. Best Buy Co., Inc. through its ownership of the above named partnerships owns more than 10% of Best Buy Stores, L.P.

5. Best Buy Co., Inc. does not have a parent corporation.

Defendant will advise the Court in the event that it learns of any additional parties which should be identified.

Dated: September 21, 2009

MORGAN, LEWIS & BOCKIUS LLP

By: [signature]
Jennifer White-Sperling
Attorneys for Defendants
BEST BUY STORES, L.P. and
BEST BUY CO., INC.