MORGAN, LEWIS & BOCKIUS LLP
GEORGE A. STOHNER, State Bar No. 214508
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501
gstohner@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
REBECCA EISEN, State Bar No. 096129
ANN MARIE REDING, State Bar No. 226864
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
reisen@morganlewis.com
areding@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
JENNIFER WHITE-SPERLING, State Bar No. 166504
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel: 949.399.7000
Fax: 949.399.7001
jwhite-sperling@morganlewis.com

Attorneys for Defendants
BEST BUY STORES, L.P. and BEST BUY CO., INC.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| MICHELLE McCOMAS and MARC LACSON, individuals, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> BEST BUY CO., INC., BEST BUY STORES, L.P. and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. BC404614 <br><br> **PROOF OF SERVICE** |

DB2/21336130.1

PROOF OF SERVICE

# PROOF OF SERVICE

*Michelle McComas, et al. v. Best Buy Co., Inc.*
*Los Angeles Superior Court Case No. BC404614*

I am a resident of the State of California, County of Los Angeles; I am over the age of eighteen years and not a party to the within action; my business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071-3132.

On September 21, 2009, I served on the interested parties in this action the within document(s) entitled:

**DEFENDANT BEST BUY STORES, L.P.'S NOTICE OF REMOVAL;**

**BEST BUY CO., INC.'S JOINDER IN NOTICE OF REMOVAL OF ACTION;**

**BEST BUY STORES, L.P.'S RULE 7.1 DISCLOSURE STATEMENT;**

**BEST BUY STORES, L.P.'S RULE 7.1-1 NOTICE OF INTERESTED PARTIES;**

**BEST BUY STORES, L.P.'S RULE 83-1.3 NOTICE OF RELATED CASES;**

**CIVIL CASE COVER SHEET;**

**REQUEST FOR JUDICIAL NOTICE**

[ ]  **BY FAX:** by transmitting via electronic facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.; I also caused the fax machine to print such record(s) of the transmission.

[ X ]  **BY OVERNIGHT MAIL:** (By **FEDERAL EXPRESS**), following ordinary business practices for collection and processing of correspondence with said overnight mail service, and said envelope(s) will be deposited with said overnight mail service on said date in the ordinary course of business.

[ ]  **BY PERSONAL SERVICE:** I delivered to an authorized courier or driver authorized by First Legal to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

[ ]  **BY ELECTRONIC SERVICE:** the parties listed below were served electronically with the document(s) listed above by e-mailed PDF files on September 22, 2009. The transmission was reported as complete and without error. My electronic notification address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071-3132. My e-mail address is telegino@morganlewis.com.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/21336130.1

1

PROOF OF SERVICE

[ ]  **BY E-FILE** – I caused such documents to be transmitted by e-file with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Andre E. Jardini, Esq.<br>KNAPP, PETERSEN & CLARKE<br>550 North Brand Blvd., Suite 1500<br>Glendale, CA 91203-1922<br>Telephone: 818.547.5000<br>Facsimile: 818.547.5329<br>aej@kpclegal.com | *Attorneys for Plaintiff* |

[ X ]  **STATE:** I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

[ ]  **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court at whose direction this service was made.

Executed on September 21, 2009, at Los Angeles, California.

_____
Trisha Rose Elegino